E-FILED
Thursday, 07 September, 2017 11:30:52 AM
Clerk, U.S. District Court, ILCD

**SEALED**

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

SEP 0 6 2017

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 17-20049 |
| ) | |
| RANDY WILLIAMS, ) | Title 18, United States Code, |
| ) | Sections 1951 and 2 |
| Defendant. ) | |

### INDICTMENT

### COUNT 1
**(Obstruction of Commerce by Robbery)**

**THE GRAND JURY CHARGES:**

1. At all times material to this Indictment, the Sprint Store located at 2706 N. Prospect Avenue, Champaign, Illinois, was engaged in interstate commerce and an industry which affects interstate commerce.

2. On or about July 28, 2016, in Champaign County, in the Central District of Illinois,

**RANDY WILLIAMS,**

defendant herein, aiding and abetting others known and unknown to the grand jury, unlawfully obstructed, delayed and affected commerce, and attempted to obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant, RANDY WILLIAMS, aiding and abetting other persons known and

unknown to the grand jury, unlawfully took and obtained personal property consisting of cellular telephones and electronic devices from the person of and in the presence of the employees and customers of the Sprint Store, against the employees' and customers' will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employees' and customers' persons by threatening serious physical injury and death to said employees and customers.

In violation of Title 18, United States Code, Sections 1951 and 2.

A TRUE BILL.

s/Foreperson

_____
FOREPERSON

s/John Childress

_____
PATRICK D. HANSEN
Acting United States Attorney
BDF