UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 17-cr-20049 |
| ) | |
| RANDY WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO SUBSTITUTE COUNSEL**

The United States of America, by its attorneys, John E. Childress, United States Attorney for the Central District of Illinois, and Elly M. Peirson, Assistant United States Attorney, respectfully moves this Court to substitute Assistant United States Attorney Elly M. Peirson as the attorney of record for the Plaintiff in the above-referenced cause.

Respectfully submitted,

JOHN E. CHILDRESS
UNITED STATES ATTORNEY

s/ Elly M. Peirson
ELLY M. PEIRSON
Assistant United States Attorney
201 S. Vine Street, Suite 226
Urbana, IL 61802
Phone:  217-373-5875
Fax:  217-373-5891
elly.peirson@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed a copy to all parties of record.

                                        *s/Elly M. Peirson*
                                        Elly M. Peirson, Bar No. IL 6298075
                                        Assistant United States Attorney
                                        201 S. Vine St., Suite 226
                                        Urbana, IL 61802
                                        Phone:  (217) 373-5875
                                        Fax:  (217) 373-5891
                                        elly.peirson@usdoj.gov