AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA
V.
RANDY WILLIAMS

**EXHIBIT AND WITNESS LIST**

Case Number: 17-20049

FILED OCT 15 2018 CLERK OF THE COURT U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sara L. Darrow | AUSA Elham Peirson | David Rumley |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/15/2018 | LC | TC |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 10/15/2018 | X | X | Email in Support of Defendant from Carlleia Starks |
|  | 2 | 10/15/2018 | X | X | Letter in Support of Defendant from Marsha Dailey |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages